IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Douglas S. Queen,
Plaintiff,

v.

Kansas City, Kansas Police Department,
Mission Studios Property Management,
Defendants.

FILED
U.S. District Court
District of Kansas

JUN 09 2025

Clerk, U.S. District Court
By:_____ Deputy Clerk

2:25-cv-02308-KHV-ADM

Case No.: _____

# CIVIL RIGHTS COMPLAINT – 42 U.S.C. § 1983

**COMES NOW** the Plaintiff, **Douglas S. Queen**, appearing pro se, and states the following for his Complaint:

## I. PARTIES

1. Plaintiff **Douglas S. Queen** is a resident of Kansas City, Kansas and the tenant of an apartment located at 4352 Mission Road.

2. Defendant **Kansas City, Kansas Police Department (KCKPD)** is a municipal law enforcement agency responsible for the conduct of its officers.

3. Defendant **Mission Studios Property Management** is responsible for the ownership, maintenance, and oversight of the building where Plaintiff resides.

## II. JURISDICTION AND VENUE

4. This action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983.

5. Venue is proper in the District of Kansas because the events giving rise to this action occurred in Wyandotte County.

## III. FACTUAL ALLEGATIONS

6. Plaintiff has been a whistleblower regarding structural safety hazards, illegal construction labor, and unlawful landlord practices at 4352 Mission Road.

7. On or about **June 6, 2025,** Plaintiff was approached and verbally harassed by apartment management and an undocumented laborer while photographing construction activity. Plaintiff was not trespassing and had a right to document unsafe conditions.

8. Shortly after, officers from the **Kansas City, Kansas Police Department** arrived and cited Plaintiff for playing "music too loud" but **provided no decibel reading, legal threshold, or objective basis** for the citation. The officers could not define what "too loud" meant under the law.

9. This citation was issued in a manner that was **arbitrary, retaliatory, and intended to intimidate Plaintiff** for his ongoing documentation and legal complaints.

10. This conduct by both Defendants represents a coordinated effort to **suppress, retaliate against, and intimidate** Plaintiff for exercising his **First Amendment rights** and seeking government protection.

## IV. CLAIMS FOR RELIEF

**Count I – Retaliation in Violation of the First Amendment**

(Against All Defendants)

**Count II – Violation of Due Process (Vague Citation / Arbitrary Enforcement)**

(Against KCKPD)

**Count III – Harassment and Intimidation by Private Actor Under Color of Law**

(Against Mission Studios)

**Count IV – Conspiracy to Deprive Civil Rights (42 U.S.C. § 1985)**

(Against All Defendants)

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests:

1. Compensatory damages in an amount to be determined at trial
2. Punitive damages against all Defendants
3. Immediate injunctive relief against further harassment
4. Removal or invalidation of any citations issued under improper standards
5. Any other relief the Court deems just and proper

Respectfully submitted,

/s/ Douglas S. Queen
4348 Mission Road
Kansas City, KS 66103
(913) 426-8576
dqueen1231@gmail.com
**Pro Se Plaintiff**
Date: _____  6/9/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

JUN 09 2025

Clerk, U.S. District Court
By_____ Deputy Clerk

__DOUGLAS S. QUEEN__ )
_____ )
_____ )
(Enter above the full name of the Plaintiff(s))  )

vs.

Case Number **2:25-cv-02308-KHV-ADM**

__KANSAS CITY, KS POLICE ET AL__
Name

_____
Street and number

_____
City       State       ZipCode

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.   Name of plaintiff __DOUGLAS S. QUEEN__
     Address __4348 MISSION RD #2__
              __KCKS 66103__

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

    B.    Defendant KANSAS CITY POLICE DEPT ET AL is

          employed at _____

          _____

    C.    Additional Defendants_____

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

    A.  (If Applicable) Diversity of citizenship and amount:
        1.    Plaintiff is a citizen of the State of U.S.
        2.    The first-named defendant above is either
            a.  a citizen of the State of U.S.; or
            b.  a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

        3. The second-named defendant above is either
            a.  a citizen of the State of U.S.; or
            b.  a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B.  (If applicable) Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

[X] 1.  This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article 47 USC Section 198;3
Statute, US Code, Title_____, Section_____.

[X] 2.  This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

[X] 3.  Other grounds (specify and state any statute which gives rise to such grounds):

RETALIATION

III.  Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

KCPD & APARTMENT MANAGEMENT HAVE RETALIATED

IV.  Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

2.5 MILLION DAMAGE
NO RETALIATION

3

V.   Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒   No ☐

VI.  Do you claim actual damages for the acts alleged in your complaint? Yes ☒   No ☐

VII. Do you claim punitive monetary damages?  Yes ☒   No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

2.5 MILLION DAMAGE.

20 MILLION PUNITIVE

4

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐   No ☒

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

ASKED NOT DONE

_____

_____

IX. Related Litigation:

Please mark the statement that pertains to this case:

☐ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☒ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

DOUGLAS STUART QUEEN
Name (Print or Type)

4348 MISSION RD #2
Address
KCKS 66103

5

<u>KANSAS CITY, KS 66</u>
City State Zip Code

_____
Telephone Number

### DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☒ Kansas City, or ☐ Topeka }, Kansas as the
(Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

### REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or ☐ No }
(Select One)

_____
Signature of Plaintiff

Dated: 6/9/2025
(Rev. 10/15)

6