### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DOUGLAS QUEEN** ) | |
| ) | |
| **Plaintiff,** ) | **CIVIL ACTION** |
| ) | |
| v. ) | **No. 25-2308-KHV** |
| ) | |
| **KANSAS CITY, KANSAS POLICE** ) | |
| **DEPARTMENT and MISSION STUDIOS** ) | |
| **PROPERTY MANAGEMENT,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

On June 9, 2025, Douglas Queen filed a complaint against the Police Department of Kansas City, Kansas and Mission Studios Property Management, alleging (1) retaliation in violation of the First Amendment, (2) violation of Due Process, (3) harassment and intimidation by private actor under color of law and (4) conspiracy to deprive civil rights.  See Complaint (Doc. #1).  This matter is before the Court on the Report And Recommendation For Dismissal Of Plaintiff's Complaint (Doc. #17) which Magistrate Judge Teresa J. James entered on September 22, 2025.  That same day, plaintiff filed a written objection to the report and recommendation.  See Objection To Report And Recommendation (Doc. 17) (Doc. #19).

The Court has conducted a de novo review of Judge James's well-reasoned report and recommendation.  After reviewing the report and recommendation and plaintiff's objection, the Court finds that the report and recommendation should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the Report And Recommendation For Dismissal Of Plaintiff's Complaint (Doc. #17) filed September 22, 2025 is adopted in its entirety.

**IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED.**

-2-

Dated this 16th day of October, 2025 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
