IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DOUGLAS S. QUEEN,**

      **Plaintiffs,**

v.                                           Case No. 2:25-cv-02308-KHV-TJJ

**KANSAS CITY, KANSAS POLICE DEPARTMENT,**
**MISSION STUDIOS PROPERTY MANAGEMENT,**

      **Defendant(s).**

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**Consistent with the ORDER [Doc. 20] filed on October 16, 2025, the Court dismisses plaintiff's claims against defendants Kansas City, Kansas Police Department and Mission Studios Property Management.**

Dated: 10/16/2025                             SKYLER B. O'HARA,
                                                           CLERK OF THE DISTRICT COURT

                                                           by:

                                                           /s/ Jeffrey S. Hokanson
                                                           Deputy Clerk